In The United States District Court
Southern District of Alabama
Southern Division

Plaintiff
---
Tina J. Carson

Civil action no. 20-CV-608-KD-MU

vs.

Defendants
---
Hand Arendall LLC
Windy Bitzer
Chistine H. Hart

FILED DEC 23 '20 PM 2:39 USDC-ALS

Complaint
---

1. Fraud, Liable

2. Tina J. Carson
   957 Baltimore St.
   Mobile, Al. 36605

3. Hand Arendall LLC
   Windy Bitzer
   Christine H. Hart
   104 St. Francis St.
   Suite 300
   Mobile, AL. 36602

4. Illegal mishandling of a prior lawsuit that I, plaintiff, Tina J. Carson, filed against a past employer, Word Marine LLC. (that no longer exist), who defendants Windy Bitzer and Christine Harding Hart represeEented dating back to June, 2, 2016.

5. Christine Hart and Windy Bitzer (defendants), represented a lawsuit for World Marine on or after Dec. 28, 2016 in which I, Tina Carson, had to file a lawsuit against World Marine in federal court. The lawyers, Christine

continue

H. Hart and Windy Bitzer pursued the case without no one from World Marine present in court and also set up meetings with unknown persons that was not them, Windy Bitzer and Christine H. Hart and later found out about the suspected person.

6. I have been suing (Tina Carson have been suing) about this matter against World Marine that later closed and no longer exist since 2018. So I, Tina Carson, is requesting answers and reasons and show of persons who was really handling the case for World Marine in which was fraudulantly ~~hand tody~~ handled in court federal court in which I, Tina Carson, didn't respond to anymore court documents from Christine Hart and later was dismissed.

And had to repeatedly file a lawsuit against World Marine. I'm, Tina Carson, also requesting that MS. Bitzer and MS. Hart to give any information or show of documents under oath and to testify as to why the case was handled fraudulently and resulting into stalking and harrassing methods that was used to handled represent World Marine. Requesting a hearing in court as soon as possible.

Tina J. Carson   12/23/20
957 Baltimore St.   Mobile, Al 3660

251-270-0964

Tina J. Carson