IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TINA J. CARSON, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 20-0608-KD-MU |
| HAND ARENDALL, LLC, et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 18, 2021 (doc. 8) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is dismissed without prejudice prior to service of process for lack of subject matter jurisdiction. Stalley ex rel. U.S. v. Orlando Regional Healthcare Sys., Inc., 524 F.3d 1229, 1232 (11th Cir. 2008) (per curiam) (because a dismissal for lack of subject matter jurisdiction "is not a judgment on the merits[,]" it should be "entered without prejudice.")

Done and Ordered this the 16th day of March 2021.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE