# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TINA J. CARSON, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 20-0608-KD-MU |
| HAND ARENDALL, LLC, et al., | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**, prior to service of process, for lack of subject-matter jurisdiction.

Done this the 16th day of March 2021.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE